```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

MICHAEL STOKES,

                    Plaintiff,
                                              ORDER
          - against -
                                              23 Civ. 4031 (NRB)
VICSAM REST INC,

                    Defendant.

---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in principle in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and with prejudice to restoring the action to this Court's calendar, unless the application to restore the action is made within 45 days.

DATED:   New York, New York
         July 10, 2023

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE